938

No. 01–5871. WOODS *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 01–5872. TALLEY *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 01–5875. WILLIAMS *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 01–5881. MURPHY *v.* STRACK, SUPERINTENDENT, FISHKILL CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 01–5883. MERIDYTH *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 01–5884. RONQUILLO PALMA *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 01–5886. DENNY *v.* GUDMANSON, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 01–5888. CALDWELL *v.* BELL, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 01–5890. JESTER *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 01–5892. CONTRERAS PEREZ, AKA PEREZ-PERALTA *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 01–5893. RODRIGUEZ-MONTOYA, AKA RODRIGUEZ-GARCIA *v.* UNITED STATES; ROMAN-ADAME, AKA LOPEZ *v.* UNITED STATES; SANDOVAL-MANZO *v.* UNITED STATES; VALENZUELA-GONZALEZ *v.* UNITED STATES; and VELAZQUEZ-MATA *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. Reported below: 263 F. 3d 166.

No. 01–5895. ESPINOZA-MARTINEZ *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 01–5896. MARTINEZ-MENDOZA *v.* UNITED STATES; OLMEDA-GONZALEZ *v.* UNITED STATES; ORNELAS-CARILLO *v.* UNITED STATES; REAL-CASTILLO *v.* UNITED STATES; and RIOS-BARDALES *v.* UNITED STATES. C. A. 5th Cir. Certiorari de-

nied. Reported below: 263 F. 3d 165 (first through fourth judgments) and 166 (fifth judgment).

No. 01–5897. NGOC BICH NGUYEN v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 01–5903. FULCHER, AKA FERGUSON v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 01–5905. FROELICH v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 01–5906. FLORES-GONZALES v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 01–5908. ALMENDAREZ-RODRIGUEZ v. UNITED STATES; CHAVEZ-MENDOZA v. UNITED STATES; CRESPO-DIAZ v. UNITED STATES; GUTIERREZ-VARELA v. UNITED STATES; and HERNANDEZ-PALACIOS v. UNITED STATES. C. A. 5th Cir. Certiorari denied. Reported below: 263 F. 3d 166.

No. 01–5909. MOSLEY v. UNITED STATES; and
No. 01–5980. HERNANDEZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied. Reported below: 260 F. 3d 621.

No. 01–5919. BARAJAS-AGUILAR v. UNITED STATES; ACEBEDO-PEREZ v. UNITED STATES; ALVAREZ-MADRIGAL v. UNITED STATES; ALVAREZ-MADRIGAL v. UNITED STATES; AMEZCUA-MORALES v. UNITED STATES; ANGUIANO-RAMIREZ v. UNITED STATES; APOLINAR-APOLINAR v. UNITED STATES; AYALA-FAVELA v. UNITED STATES; BACA-CONTRERAS v. UNITED STATES; BASTIAN-PEREZ v. UNITED STATES; ESCOBAR-SOTELO v. UNITED STATES; GARCIA-AGUILAR v. UNITED STATES; GARCIA-PANIAGUA v. UNITED STATES; GOMEZ-CASTILLO v. UNITED STATES; GOMEZ-FONSECA v. UNITED STATES; GONZALEZ-PACHECO v. UNITED STATES; GUZMAN-NAVARRO v. UNITED STATES; GUZMAN-ORDAZ v. UNITED STATES; HEREDIO-MERCADO v. UNITED STATES (Reported below: 10 Fed. Appx. 608); LEDESMA-ACEVES v. UNITED STATES; LEMUS-LEMUS v. UNITED STATES; LEON-CARRILLO v. UNITED STATES; LOPEZ-ARAUJO v. UNITED STATES; LOPEZ-CARILLO v. UNITED STATES; LOPEZ-GUTIERREZ v. UNITED STATES; MARINES MARCIAL v. UNITED STATES; MARTINEZ-SALCEDO v. UNITED STATES; MENDOZA-VILLA v. UNITED STATES; OCHOA-ROMAN v. UNITED STATES; ORTIZ-